UNITED STATES DISTRICT COURTS
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY WARFIELD; and ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; CHARLES RETTING, in his official capacity as Commissioner of the Internal Revenue Service; and UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 20-CV-4121 <br><br> MOTION FOR COURT TO ORDER SERVICE OF SUMMONS AND COMPLAINT BY UNITED STATES MARSHAL OR DEPUTY MARSHAL OR BY PERSON SPECIALLY APPOINTED BY THE COURT |

Plaintiffs move for the court to order service of the summons and complaint by United States Marshal(s) or deputy Marshal(s) or by person(s) specially appointed by the court.

Since the plaintiffs are incarcerated finding a process server could be difficult, as such information is not readily available to to the plaintiffs. Even if plaintiffs find process servers, the process servers could decline, due the plaintiffs being incarcerated, essentially the deplorables, whom many do not want to help even with the offer of payment.

Furthermore, the delay in servicing the summons and complaint in the midst of this pandemic could delay the benefits the Plaintiffs and their families are entitled and may very well need.

Dated 12 this day of August, 2029.

Respectfully Submitted

*Kelly Warfield*
Kelly Warfield, Plaintiff
P.O. Box 5911
Sioux Falls, SD 57117-5911