UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KELLY D. WARFIELD, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN T. MNUCHIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY; CHARLES RETTING, IN HIS OFFICIAL CAPACITY AS COMMISSION OF THE INTERNAL REVENUE SERVICE; and UNITED STATES OF AMERICA,<br><br>Defendants. | 4:20-CV-04121-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On December 28, 2020, Plaintiff Kelly Warfield filed a Notice of Warfield's Receipt of His $1,200 Economic Impact Payment (EIP) and Withdrawl (sic) of Opposition Defendant's Motion for Dismissal or Dismissal of this Action, Doc. 33. Based on the motion of the Plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 31st day of December, 2020.

BY THE COURT:

*Roberto A. Lange*

ROBERTO A. LANGE
CHIEF JUDGE